UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MARC A. TITUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.: 2:01-CV-424 |
| ) | |
| ELGIN, JOLIET & EASTER, ) | |
| RAILWAY COMPANY OF ) | |
| INDIANA a/k/a EJ&E RAILROAD ) | |
| ) | |
| Defendant. ) | |

**OPINION AND ORDER**

Because the Court is still considering the pending Motion for Summary Judgment, the Final Pretrial Conference scheduled for June 16, 2005, the Trial Management Conference scheduled for July 13, 2005, and the Jury Trial scheduled for July 18, 2005, are hereby **VACATED**. The Court will pick new dates if necessary.

**SO ORDERED.**

ENTERED: June 13, 2005

s/ Philip P. Simon
Philip P. Simon, Judge
United States District Court

1